IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3007 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LUIS MORALES, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on plaintiff's Request to File Brief and Attachments under Seal, filing 32. The Court, being fully advised in the premises, find that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NE Crim R 49.3(c) and (d), the Clerk shall file the plaintiff's Brief in Opposition to Defendant's Motion for Minor Role Reduction, and its attachments, under seal.

August 25, 2005.                                   BY THE COURT:

                                                   s/ The Honorable Richard Kopf
                                                   United States District Judge